IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No. 7:19-cv-65-BO

| | |
|---|---|
| REBECCA MARIE MUSE HUNT, by and through her Interim Guardians, GLYNDA MUSE and STEPHEN L. MUSE, and GLYNDA MUSE and STEPHEN L. MUSE, <br><br>  Plaintiffs, <br><br> vs. <br><br> OFFICER DANIEL MAURICE SMITH, individually and in his official capacity as a Police Officer for the City of Lumberton, THE CITY OF LUMBERTON, MICHAEL MCNEILL, individually and in his official capacity as Chief of Police for the City of Lumberton, <br><br>  Defendants. | **PLAINTIFFS' MOTION TO SEAL EXHIBITS FROM SBI FILE FILED IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs, by and through counsel, hereby move the Court pursuant to Local Rules 7.1, 7.2 and 79.2 to seal Exhibits RH-1, RH-2, RH-3, RH-4, RH-5, RH-6, RH-7, RH-8, RH-9, RH-10 and RH-11, which exhibits are attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment as these exhibits are from the SBI files produced in discovery previously made confidential by N.C. Gen. Stat. 132-1.4, and pursuant to the Consent Protective Order entered by Chief U.S. District Court Judge, Terrence Boyle, on October 23, 2019.

For the reasons set forth above and in the Memorandum filed concurrently with this Motion, Plaintiffs respectfully request that the Court grant this motion and permit Plaintiffs to seal Exhibits RH-1, RH-2, RH-3, RH-4, RH-5, RH-6, RH-7, RH-8, RH-9, RH-10 and RH-11, which exhibits are attached to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment.

This the 23rd day of March 2020.

    /s/ J. Stewart Butler, III
J. STEWART BUTLER, III
N.C. State Bar No. 12887
Anderson Johnson Lawrence & Butler, LLP
P. O. Box 53945
Fayetteville, NC 28305
Telephone: (910) 483-1171
Facsimile: (910) 483-5005
jsbutler@andersonjohnson.com
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of March 2020, I electronically filed the foregoing PLAINTIFFS' MOTION TO SEAL EXHIBITS FROM SBI FILE FILED IN SUPPORT OF MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> James C. Thornton, Esq.
> N.C. State Bar No. 16859
> Cranfill, Sumner & Hartzog, LLP
> P. O. Box 27808
> Raleigh, NC 27611-7808
> jthornton@cshlaw.com
>
> David J. MacMain, Esq.
> PA State Bar No. 59320
> The MacMain Law Group, LLC
> 433 W. Market Street, Suite 200
> West Chester, PA 19382
> dmacmain@macmainlaw.com

This the 23rd day of March 2020.

    /s/ J. Stewart Butler, III
J. STEWART BUTLER, III
N.C. State Bar No. 12887
Anderson Johnson Lawrence & Butler, LLP
P. O. Box 53945
Fayetteville, NC 28305
Telephone: (910) 483-1171
Facsimile: (910) 483-5005
jsbutler@andersonjohnson.com
Attorney for Plaintiffs